AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
## for the
### District of Columbia

| | |
|---|---|
| United States of America<br>v.<br>Timothy Finnegan<br><br>*Defendant* | Case: 1:24-mj-00100<br>Assigned To : Harvey, G. Michael<br>Assign. Date : 3/19/2024<br>Description: Complaint W/ Arrest Warrant |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* _____Timothy Finnegan_____,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☒ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 1752(a)(1) - Entering or Remaining in a Restricted Building or Grounds;
18 U.S.C. § 1752(a)(2) - Disorderly and Disruptive Conduct in a Restricted Building or Grounds;
40 U.S.C. § 5104(e)(2)(D) - Disorderly Conduct in a Capitol Building;
40 U.S.C. § 5104(e)(2)(G) - Parading, Picketing, or Demonstrating in a Capitol Building.

Date: __03/19/2024__                                   _____[signature]_____
                                                        *Issuing officer's signature*

City and state: _____Washington, D.C._____           G. Michael Harvey, U.S. Magistrate Judge
                                                        *Printed name and title*

---

### Return

This warrant was received on *(date)* __3/19/2024__, and the person was arrested on *(date)* __3/21/2024__
at *(city and state)* __Branchburg, NJ__

Date: __3/21/2024__                                    _____[signature]_____
                                                        *Arresting officer's signature*

                                                        Jason Jaremenko, Special Agent
                                                        *Printed name and title*